United States District Court
Southern District of Georgia
Savannah Division

Jonathan Lee Riches

v.

Case & Case #'s

Notice of Appeal

MC408-45

Feinberg v. SSI, CV 408-093; Brown v. Chertoff, 406 CV 002;
Montero v. Governor, CV 408-096; Wallace v. Chatham, CV 408-86;
Harris v. State of GA, CV 408-077; Dempsey v. Elmore, CV 407-141;
Dugger v. Clark, CV 408-016; Green v. Reliance, CV 408-068;
Streicher v. Housing, CV 406-292; Long v. Hewitt, 408 CV 014;
Morgan v. St. Lawrence, 406-263; Hughes v. GA Dept. of Rev CV 407-145;
Eagle North v. Trowox, 407 CV 131; Mann v. Geren, CV 407-140;
CSX v. City of Garden City 4:98 CV 223; Thomas v. Lee, CV 408-01;
Butler v. Smith, CV 407-117; Bell v. Tolbert, 403 CV 016;
Purdee v. Pilot, CV 407-028; Demere v. Koy, CV 407-26;

## Notice of Appeal

In Aug 2008, I Jonathan Lee Riches was denied intervention in each of the 20 listed cases above by this court. I now appeal the denial of intervention. I appeal each of the 20 listed cases above to the 11th Circuit Court of Appeals.

This court denied my intervention motions. My due process was violated. I now move to appeal.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

respectfully,

8-27-08